AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

Case Number: 1:08-MJ-104M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Ronald Wilson

I certify that I am admitted to practice in this court.

07-21-08
Date

[signature]
Signature

Charles A. Tamuleviz 6115
Print Name Bar Number

One Turks Head Place Suite 500
Address

Providence RI 02903
City State Zip Code

401 453 1200 401 453 1201
Phone Number Fax Number