AO 442 (Rev. 5/93) Warrant for Arrest

REC'D U.S. MARSHAL JUL 16 2008

# United States District Court

DISTRICT OF ~~RHODE ISLAND~~ District of Rhode Island

UNITED STATES OF AMERICA

V.

RONALD L. WILSON

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ104M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RONALD L. WILSON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
possession with intent to distribute over five grams of cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

7-16-08 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/16/08 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 07/21/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.